■ In the Matter of JASON H. VICHINSKY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [33 NYS3d 921]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 23, 2016.)

■ In the Matter of LINDY M. MADILL, an Attorney, Resignor. [33 NYS3d 799]—Order entered accepting resignation and striking name from roll of attorneys, pursuant to 22 NYCRR 1022.26 (a). Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 21, 2016.)

■ In the Matter of GREGORY G. McPHEE, for Reinstatement to the Practice of Law in the State of New York. [33 NYS3d 800]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed June 28, 2016.)

■ In the Matter of FRANK L. BYBEL, for Reinstatement to the Practice of Law in the State of New York. [33 NYS3d 800]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 22, 2016.)

■ In the Matter of NIGEL MUNROE ATWELL, for Reinstatement to the Practice of Law in the State of New York. [33 NYS3d 800]—Order entered reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 22, 2016.)

■ In the Matter of AARON PHILLIP MICHEAU, for Reinstatement to the Practice of Law in the State of New York. [33 NYS3d 921]—Order entered reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 24, 2016.)

■ In the Matter of JANUARIUS KIM WELCH, an Attorney, Respondent. [33 NYS3d 800]—Order of disbarment entered pursuant to 22 NYCRR 1022.22. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 22, 2016.)

■ In the Matter of PETER HENTSCHKE, an Attorney, Resignor. [33 NYS3d 922]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed June 22, 2016.)